Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

**FILED**
February 24, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
DEPUTY

| | |
|---|---|
| Dr. Alfreda Love | Case No. 6:21 CV 170 |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ✓ Yes ☐ No |
| -v- | |
| La Vega ISD (Dr. Sharon Shields & Mr. Todd Gooden), Mr. Kenneth Cook, Jim Walsh Firm (Ms. Shellie Crow), Mrs. LaToya Cook, Ms. LaTonya Cook, Ms. Bernice King, Mr. Ernest Pugh, Ms. Andrea Washington, Mr. Alfred Walker II | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Alfreda Love |
   | Street Address | 1310 Timberline |
   | City and County | Waco, Mclennan |
   | State and Zip Code | Texas, 76705 |
   | Telephone Number | 2547441626 |
   | E-mail Address | AlfredaEmonya@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Mr. Alfred Walker II |
| Job or Title (if known) | Insurance for Farmers |
| Street Address | 1430 North MacArthur Blvd |
| City and County | Irving, Dallas |
| State and Zip Code | Texas, 75061 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Ms. Andrea Smith Washington |
| Job or Title (if known) | |
| Street Address | 1901 Sanger Avenue |
| City and County | Waco, Mclennan |
| State and Zip Code | Texas, 76705 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | Ms. Shellie Crow (Jim Walsh Law Firm) |
| Job or Title (if known) | Lawyer and 3rd Party Attorney for La Vega ISD |
| Street Address | 505 E. Huntland Dr. Suite 600 |
| City and County | Austin, Travis |
| State and Zip Code | Texas, 76705 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | Kenneth Cook |
| Job or Title (if known) | Comcast |
| Street Address | 9806 Massanutin Ln |
| City and County | Richmond, Fort Bend, |
| State and Zip Code | Texas 77469 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 1
- Name: Ms. Bernice King
- Job or Title (if known): CEO of the King Center
- Street Address: 449 Auburn Av
- City and County: Atlanta, Dekalb
- State and Zip Code: Georgia 30312
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: La Tonya Cook
- Job or Title (if known):
- Street Address: 1534 Stone Village Dr (Te Jester Blvd)
- City and County: Brookshire, Waller
- State and Zip Code: Texas, 77423
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: LaToya Kelly
- Job or Title (if known):
- Street Address: 1808 Skyview Dr.
- City and County: Auburndale, Polk
- State and Zip Code: Florida, 33823
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Kenneth Cook
- Job or Title (if known): Comcast
- Street Address: 9806 Massanutin Ln
- City and County: Richmond, Fort Bend,
- State and Zip Code: Texas 77469
- Telephone Number:
- E-mail Address (if known):

Defendant No. 1

| | |
|---|---|
| Name | La Vega ISD (Dr. Shields) |
| Job or Title *(if known)* | Superintendent |
| Street Address | 400 E. Loop 340 |
| City and County | Waco, Mclennan |
| State and Zip Code | Texas, 76705 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | La Vega ISD (Mr. Gooden) |
| Job or Title *(if known)* | Assistant Superintendent |
| Street Address | 400 E. Loop 340 |
| City and County | Waco, Mclennan |
| State and Zip Code | Texas, 76705 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Mr. Ernest Pugh |
| Job or Title *(if known)* | Professional Singer |
| Street Address | 9823 Brilliant Lake Dr. |
| City and County | Humble, Harris |
| State and Zip Code | Texas, 77396 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |